IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC KADES, individually and on behalf of all others similarly situated,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **LG ELECTRONICS, U.S.A., INC.,** | : | |
| **Defendant.** | : | NO. 09-6119 |

## ORDER

AND NOW, this 28th day of January, 2010, it is hereby ORDERED that the time by which Defendant shall respond to the Complaint shall be set in a future Order of the Court.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE