UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ERIC KADES,                                          )
INDIVIDUALLY, AND ON BEHALF OF                      )
ALL OTHERS SIMILARLY SITUATED,                      )
                                                    )
                    Plaintiff                       )        Civil Action No. 2:10-cv-01660
                                                    )
          vs.                                       )
                                                    )
                                                    )        **NOTICE OF VOLUNTARY**
LG ELECTRONICS, U.S.A., INC.,                       )        **DISMISSAL WITH PREJUDICE**
                                                    )
                    Defendant.                      )

PLEASE TAKE NOTICE, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Eric Kades ("Plaintiff"), by and through his attorneys, hereby dismisses with prejudice all of Plaintiff's claims against Defendant LG Electronics USA, Inc. ("Defendant") in the above-captioned lawsuit (the "Action"), with each side to bear its own fees and costs.

SO ORDERED  6/10/10

HON. FAITH S. HOCHBERG, USDJ